**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BP PRODUCTS NORTH AMERICA INC.,**

      **Plaintiff,**

v.                                             Case No.  8:07-cv-1893-T-30MAP

**GIANT OIL, INC.; GIANT JACKSONVILLE, LLC; BASEM ALI,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Stay (Dkt. #23), and BP's Response to Defendants' Motion to Stay (Dkt. #24). The Court, having considered the motion, response, and being otherwise advised in the premises, concludes that Defendants' motion should be granted.

Plaintiff may file a motion with the Court to lift the stay upon the conclusion, dismissal or settlement of the state court proceedings as they pertain to BP.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Stay (Dkt. #23) is **GRANTED**.

2. This case is **STAYED** until further order by this Court.

3. Plaintiff is directed to file a status report with this Court on January 5, 2009, and every six months thereafter.

4. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on July 1, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1893.mt stay 23.wpd